**Sean MCCALL, Plaintiff—Appellant,**

v.

**BERKELEY COUNTY SHERIFF;
Berkeley County Sheriff's Department; Berkeley County Detention
Center, Defendants—Appellees.**

No. 04–6008.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 20, 2004.

Sean McCall, Appellant pro se.

James Albert Stuckey, Jr., Alexia Pittas–Giroux, Stuckey Law Offices, P.A., Charleston, South Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sean McCall appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint and related state tort claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McCall v. Berkeley County Sheriff,* No. CA–02–2448–2–18 (D.S.C. Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*